# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Marco Antonio Cruz,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                        3:06-cv-332-MU

John Doe, et al.

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 12, 2006 Order.

**Signed: September 13, 2006**

Frank G. Johns, Clerk
United States District Court